```
 1 │ Shaun Setareh (SBN 204514)
   │     shaun@setarehlaw.com
 2 │ Thomas Segal (SBN 222791)
   │     thomas@setarehlaw.com
 3 │ SETAREH LAW GROUP
   │ 9454 Wilshire Blvd., Suite 907
 4 │ Beverly Hills, California 90212
   │ Telephone:  (310) 888-7771
 5 │ Facsimile:  (310) 888-0109
 6 │
   │ Attorneys for Plaintiff,
 7 │ VALERIA GUERRERO-HERNANDEZ
   │
 8 │ Stuart D. Tochner (SBN 123758)
   │     Stuart.tochner@ogletreedeakins.com
 9 │ Catherine J. Coble (SBN 223461)
   │     Catherine.coble@ogletreedeakins.com
10 │ Corina Valderrama (SBN 279203)
11 │     Corina.valderrama@ogletreedeakins.com
   │ OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
12 │ 400 South Hope Street, Suite 1200
   │ Los Angeles, CA 90071
13 │ Telephone:  (213)239-9800
14 │ Facsimile:  (213)239-9045
   │
15 │ Attorneys for Defendant,
   │ OZBURN-HESSEY LOGISTICS, LLC
16 │
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIA GUERRERO-HERNANDEZ, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>OZBURN-HESSEY LOGISTICS, LLC, a Tennessee limited liability corporation; and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 4:16-cv-02999-WHA<br><br>[PROPOSED] ORDER ON JOINT STIPULATION TO TRANSFER ACTION AND WAIVE LOCAL RULE 23-3;<br><br>[FILED CONCURRENTLY WITH JOINT STIPULATION]<br><br>Action Filed:　April 22, 2016<br>Removal Filed:　June 3, 2016<br>Trial Date:　Not Set<br>District Judge:　Hon. William H. Alsup |

[PROPOSED] ORDER

# [PROPOSED] ORDER

Having read and considered the Parties' Joint Stipulation to Transfer Action and Waive Local Rule 23-3 (the "Stipulation"), and good cause appearing therefore,

The Court GRANTS the Stipulation and hereby transfers this action to the Central District of California, Eastern Division.

**IT IS SO ORDERED.**

Dated: __June 30__, 2016

_____
Hon. William H. Alsup

-1-
[PROPOSED] ORDER